**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegredrinker.com*
CINDY C. UNEGBU (SBN 329311)
*cindy.unegbu@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 500 2090
Facsimile: +1 310 500 2091

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

**SEEGER WEISS LLP**
Christopher A. Seeger
Jeffrey S. Grand
Asim M. Badaruzzaman
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: +1 212 584 0700

**KIRKLIN SOH LLP**
Kenneth Soh
12600 N. Featherwood Drive, Suite 225
Houston, TX 77034
Telephone: +1 281 922 6202
Facsimile: +1 281 922 6240

Attorneys for Plaintiffs
ALYSON MCNEILL and GEORGE MCNEILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSON MCNEILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | Case No. 1:20-cv-1456 AWI SAB <br><br> Hon. Anthony W. Ishii <br> Magistrate Hon. Stanley A. Boone <br><br> **JOINT STIPULATION AND REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT AND ORDER THEREON** <br><br><br> Complaint Filed: June 8, 2016 <br> Case Transferred: October 2, 2020 |

Plaintiffs Alyson McNeill and George McNeill ("Plaintiffs") and Defendant Boston Scientific Corporation ("Boston Scientific" and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the Parties' deadline to respond to the Joint Status Report by three weeks, from November 10, 2020 to **December 1, 2020**.

In support of their stipulation, the Parties state as follows:

1. Plaintiffs filed their Complaint on June 8, 2016 directly into the multi-district ("MDL") litigation *In re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation*, MDL 2326, consolidated in the U.S. District Court in the Southern District of West Virginia before District Judge Joseph R. Goodwin on February 7, 2012.  Dkt. No. 1.

2. This case was transferred to this Court on October 2, 2020.  Dkt. No. 13.

3. On October 20, 2020, this Court ordered the Parties to file a Joint Status Report by November 10, 2020 and noted that "[i]f additional time is needed to prepare the joint status report, the parties may submit request for additional time." Dkt. No. 18, fn. 1.

4. In light of the complex nature of the MDL proceedings and extensive information necessary to be gathered, the Parties now stipulate and respectfully request additional time to file the Joint Status Report.

5. This stipulation and request is not made for the purpose of delay.

**IT IS HEREBY STIPULATED AND REQUESTED**, by and between the Parties and their respective counsel, that the Parties' deadline to file the Joint Status Report be extended by three weeks, from November 10, 2020 to **December 1, 2020**.


Dated:  November 9, 2020              **FAEGRE DRINKER BIDDLE & REATH LLP**

                                      By:    */s/ Cindy C. Unegbu*

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

TARIFA B. LADDON  
CINDY C. UNEGBU  

Attorneys for Defendant  
BOSTON SCIENTIFIC CORPORATION

Dated: November 9, 2020    **SEEGER WEISS LLP**

By:    */s/ Asim M. Badaruzzaman*
CHRISTOPHER A. SEEGER
JEFFREY S. GRAND
ASIM M. BADARUZZAMAN

Attorneys for Plaintiffs
ALYSON MCNEILL and GEORGE MCNEILL

Dated: November 9, 2020    **KIRKLIN SOH LLP**

By:    */s/ Kenneth Soh*
KENNETH SOH

Attorneys for Plaintiffs
ALYSON MCNEILL and GEORGE MCNEILL

IT IS SO ORDERED.

Dated:   November 9, 2020         _____
                                  SENIOR DISTRICT JUDGE