# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSON MCNEILL, et al., | Case No. 1:20-cv-01456-AWI-SAB |
| Plaintiffs, | ORDER SETTING STATUS CONFERENCE FOR FEBRUARY 4, 2021 |
| v. | |
| BOSTON SCIENTIFIC CORP., | |
| Defendant. | |

Plaintiffs Alyson McNeill and George McNeill filed a short form complaint in multidistrict litigation ("MDL") out of the Southern District of West Virginia on June 8, 2016. The matter was transferred to the Eastern District of California on October 2, 2020. (ECF No. 13.) On December 1, 2020, the parties filed a joint status report which indicates that Plaintiffs' counsel will be filing a motion to withdraw and that Defendant Boston Scientific Corp. believes that more discovery is necessary due to the limited discovery that was conducted in the MDL. As of this date, no motion to withdraw has been filed.

The Court shall set a status conference for the parties to address these issues. The Clerk of the Court will provide the parties with the information to appear by video at the status conference prior to the hearing.

///

///

1

Accordingly, IT IS HEREBY ORDERED that a status conference is set before United States Magistrate Judge Stanley A. Boone on **February 4, 2021, at 10:30 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **January 25, 2021**

UNITED STATES MAGISTRATE JUDGE