# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSON MCNEILL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORP.,<br><br>    Defendant. | Case No. 1:20-cv-01456-AWI-SAB<br><br>ORDER VACATING FEBRUARY 4, 2021 STATUS CONFERENCE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 25) |

Plaintiffs Alyson McNeill and George McNeill filed a short form complaint in multidistrict litigation ("MDL") out of the Southern District of West Virginia on June 8, 2016. The matter was transferred to the Eastern District of California on October 2, 2020. (ECF No. 13.) On January 25, 2021, an order issued setting a status conference in this matter for February 4, 2021. On February 3, 2021, a stipulation was filed to dismiss this action without prejudice with the parties to bear their own costs and fees. (ECF No. 25.)

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the status conference set for February 4, 2021 is VACATED and the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **February 4, 2021**

UNITED STATES MAGISTRATE JUDGE